JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5478RBL |
| Plaintiff, ) | ORDER GRANTING MOTION TO |
| vs. ) | CONTINUE PRETRIAL MOTIONS DEADLINE |
| ROBERT WILLIAMS, ) | |
| Defendant. ) | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to August 5, 2005.

DONE this 21st day of July, 2005.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/_____
Russell V. Leonard
Attorney for Defendant

/s/_____
Gregory Gruber
Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710