UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT GEORGE WILLIAMS,<br><br>　　　　　　　　　　Defendant. | CASE NO.CR05-5478RBL<br><br>ORDER GRANTING<br>CONTINUANCE OF<br>TRIAL DATE |

On August 8, 2005, counsel for defendant was allowed to withdraw and new counsel was appointed. Mr. Williams had executed a speedy trial waiver during the hearing. In order to allow new counsel the time to prepare the August 29, 2005 trial date was stricken. The Trial Date is **NOW SET for October 31, 2005.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **AUGUST 29, 2005 to OCTOBER 31, 2005** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **OCTOBER 31, 2005 at 9:30 a.m.**

The Pretrial Conference is rescheduled for **OCTOBER 20, 2005 at 9:00 a.m.**

The Motions Cutoff date is extended to **SEPTEMBER 27, 2005.**

IT IS SO ORDERED this 2nd day of September, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2

ORDER -2