1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT GEORGE WILLIAMS,

Defendant.

CASE NO.CR05-5478RBL

ORDER GRANTING
CONTINUANCE OF
TRIAL DATE

An Agreed Order  to Continue the Trial has been filed by the parties.

The Court has reviewed the pleadings and for the reasons stated,  the parties Joint Motion to Continue  the  Trial Date is **GRANTED**

In view of the foregoing, the court finds and rules as follows:

1.  Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Title 18 U.S.C. §3161(h)(8)(B)(iv).

2.  The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A).  The period of delay resulting from this continuance from **OCTOBER 31, 2005 to JANUARY 30, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **JANUARY 30, 2006 at 9:00 a.m.**

The Pretrial Conference is rescheduled for **JANUARY 19 at 9:00 a.m.**

The Motions Cutoff date is extended to **DECEMBER 12, 2005.**


IT IS SO ORDERED this 12th day of October, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2

ORDER -2