UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ROBERT GEORGE WILLIAMS, JR.,<br><br>Defendant. | CASE NO.CR05-5478RBL<br><br>ORDER GRANTING CONTINUANCE OF TRIAL DATE |

An Agreed Order to Continue the Trial has been filed by the parties.

The Court has reviewed the pleadings and for the reasons stated, the parties Joint Motion to Continue the Trial Date is **GRANTED**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **JANUARY 30, 2006 to MARCH27, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to **MARCH 27, 2006 at 9:00 a.m.**

The Pretrial Conference is rescheduled for **MARCH 22, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **FEBRUARY 27, 2006.**

IT IS SO ORDERED this 19th day of January, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE