Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO.   CR05-5478RBL |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING JOINT |
| ROBERT GEORGE WILLIAMS, Jr., | ) | MOTION TO REDUCE SENTENCE |
| | ) | RE CRACK COCAINE OFFENSE |
| Defendant. | ) | PURSUANT TO 18 U.S.C. 3582 |
| | ) | |

THIS MATTER comes before the Court upon the joint motion of the parties to reduce the defendant's sentence for a crack cocaine offense, pursuant to Title 18, United States Code, Section 3582.

The Court, having considered the entirety of the record and files herein, and the reasons stated in the motion, and the Court being fully advised in the matter, it is therefore

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the government shall submit a proposed

//
//
//
//
//

Order Granting Motion to Reduce Sentence
Re Crack Cocaine Offense Pursuant to 18 U.S.C. 3582 – 1
U.S. v. Williams/CR05-5478RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  Amended Judgment sentencing the defendant to __71__ months imprisonment, with all
2  other conditions remaining the same.
3      IT IS SO ORDERED this 11th day of March, 2008.
4  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE
5  Presented by:

7  s/Douglas B. Whalley
   DOUGLAS B. WHALLEY
8  Assistant United States Attorney
9  United States Attorney's Office
10 700 Stewart Street, Suite 5220
   Seattle, WA 98101-1271
11 (206) 553-4882, Fax: (206) 553-4440
12 E-mail: douglas.whalley@usdoj.gov
13 Washington State Bar #4625

Order Granting Motion to Reduce Sentence
Re Crack Cocaine Offense Pursuant to 18 U.S.C. 3582 – 2
*U.S. v. Williams*/CR05-5478RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970